THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER CALABRESE, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL DI MARCO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY WILLIAMS, Appellant.— Defendants appeal from a judgment of the County Court of Westchester County convicting them of the crime of assault in the second degree. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARMEN ESKJIAN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of a violation of sections 974 and 975 of the Penal Law (policy) and sentencing him to pay a fine of $100 or to serve twenty days in the city prison, unanimously affirmed. In our opinion the evidence sufficiently established that the slips found in defendant's possession were policy slips, and the presumption that his possession thereof was knowing and in violation of section 974 of the Penal Law (Penal Law, § 975), was not rebutted. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES FRIEDMAN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 986 of the Penal Law (book-making), unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDMUND H. FRITZEN, Appellant.— Judgment by a City Magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of driving a car while intoxicated, in violation of subdivision 5 of section 70 of the Vehicle and Traffic Law, and sentencing him to pay a fine of $25 or to serve five days' imprisonment, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD NICHOLS, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of a violation of section 1140 of the Penal Law, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS PALUMBO, Appellant.— Defendant appeals from an order of the County Court, Kings County, denying a motion for reargument of motion for a new trial. Appeal dismissed. The order is not appealable (Code Crim. Pro., § 517). Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur. [See *post*, p. 846.]